Charles Talbert
PPN: 810247
PICC - 8301 State Road
Philadelphia, Pa. 19136

FILED OCT 30 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

RECEIVED OCT 30 2018

October 25, 2018

United States District Court
Eastern District of Pennsylvania

Charles Talbert         .    Civil Action No. 18-2270-MAK
    v.                  .    Plaintiffs' Notice
Ethel Sembrot, et al    .    of Appeal

    Pro se Plaintiff, Charles Talbert, hereby puts this Court on Notice, in that he intends to appeal the Order of October 16, 2018, dismissing the complaint (to which Plaintiff amended his complaint).

    Wherefore, this Court is on Notice.

Respectfully Submitted,
All Rights Reserved
Charles Talbert, Pro Se Plaintiff

C.T. #810247
PICC
8301 State Road
Phila, PA, 19136

U.S.M.S.
X-RAY

Honorable Mark A. Kearney, USDJ
U.S. Courthouse
601 Market Street
Philadelphia, PA, 19106

